# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 26, 2026

Lyle W. Cayce
Clerk

No. 26-20327

———————

Taiwo Semion Oni,

*Petitioner—Appellant*,

*versus*

Martin Frink, *Warden, Houston Contract Detention Facility, CoreCivic*;
Bret A. Bradford, *Director, U.S. Immigration and Customs
Enforcement Houston Field Office*; Todd Wallace Blanche, *Acting
U.S. Attorney General*; Markwayne Mullin, *Secretary, U.S.
Department of Homeland Security*; Orlando Perez, *Warden of CoreCivic
Laredo Processing Center*,

*Respondents—Appellees*.

———————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:26-CV-3349

———————

## UNPUBLISHED ORDER

Before Ho, Wilson, and Douglas, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's motion for stay pending appeal
is DENIED.

No. 26-20327

IT IS FURTHER ORDERED that Appellant's motion for stay of removal pending appeal is DENIED.